CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MRINALINI MATHUR, *et al*., <br><br>     Plaintiffs, <br><br>     v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al*., <br><br>     Defendant. | Case No. 5:25-cv-10750-NW <br><br> **STIPULATION TO STAY PROCEEDINGS;** ~~**[PROPOSED]**~~ **ORDER** |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until June 1, 2026.

Plaintiffs filed this action seeking adjudication of their Forms I-526E, Petition for Alien Entrepreneur, and Forms I-485, Application for Adjustment of Status. United States Citizenship and Immigration Services ("USCIS") has acted on some of Plaintiffs' Form I-526E petitions. Plaintiffs Xu, Wang, and Yin's Form I-526E petitions remain pending. In light of USCIS' action, the parties conferred and agree to stay litigation deadlines in this case for a limited time to allow the agency to further process the remaining Plaintiffs' I-526E petitions. Accordingly, the parties stipulate and request that the proceedings in this case be stayed until June 1, 2026, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal

of the litigation if appropriate, or placement of the case back on the Court's active docket.  A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.


Dated: March 3, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney


 /s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants


Dated: March 3, 2026

/s/ Kristina David
KRISTINA DAVID
David Strashnoy Law, PC
Attorney for Plaintiffs


### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Date:  March 9, 2026

HON. NOEL WISE
United States District Judge


---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 5:25-cv-10750-NW                    2